IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CHRIS JONES,** **PLAINTIFF**

**V.** **NO. 1:05CV88-D-B**

**STATE OF MISSISSIPPI, ET AL,** **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice for failure to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

THIS the 19th day of April, 2005.

/s/ Glen H. Davidson
CHIEF JUDGE